

# Fourth Court of Appeals
## San Antonio, Texas

July 6, 2021

No. 04-20-00553-CV

**IN THE INTEREST OF A.Z.F., A CHILD,**

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-08725
Honorable David A. Canales, Judge Presiding

# O R D E R

On June 24, 2021, appellant filed a motion for extension of time to file the appellant's brief based on the need for a supplemental clerk's record. The supplemental clerk's record was filed in this court on June 29, 2021. Accordingly, the appellant's motion for extension of time is GRANTED, and the appellant's brief is due on July 29, 2021.

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of July, 2021.

_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court